**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **FARRAH GILOT,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **1:26-cv-00226-ADA** |
| | § | |
| **EXTRA SPACE STORAGE,** | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 9. The report and recommendation addressed the merits of Plaintiff's claims pursuant to 28 U.S.C. § 1915(e)(2)(B). The report recommended that Plaintiff's cause of action be **DISMISSED WITH PREJUDICE** because the Court lacks subject matter jurisdiction over the matter. Judge Howell issued the report and recommendation on February 10, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 9) is **ADOPTED**. Plaintiff's cause of action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SIGNED** on March 20, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE